LYSTRA M. RICHARDSON *v.* HENRI R. LEGRAND

*Henri R. Legrand,* pro se, in support of the petition.

Decided June 17, 2003

LUBA N. HILL *v.* JAMES T. HILL

*Luba N. Hill,* pro se, in support of the petition.

*A. Reynolds Gordon,* in opposition.

Decided June 17, 2003

LESLIE A. HARLAN ET AL. *v.* NORWALK
ANESTHESIOLOGY, P.C., ET AL.

*James R. Fogarty,* in support of the petition.

*Robert J. Cooney, Kara A. T. Murphy* and *Frank W. Murphy,* in opposition.

Decided June 17, 2003

MARGARET ERRICHETTI *v.* CHRISTOPHER
ERRICHETTI

SULLIVAN, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Lori Welch-Rubin,* in support of the petition.

*Kenneth J. Bartschi* and *Wesley W. Horton,* in opposition.

Decided June 17, 2003

STATE OF CONNECTICUT *v.* ROBERT L. JOHNSON

*Jeremiah Donovan,* in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided June 17, 2003

STATE OF CONNECTICUT *v.* WILLIE YOUNG

*Mary Anne Royle,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* senior assistant state's attorney, in opposition.

Decided June 17, 2003